```
youngkwonsentmem
```

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOUNG JU KWON, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00036 <br><br> **GOVERNMENT'S MOTION TO LODGE SENTENCING MEMORANDUM UNDER SEAL; AND ORDER** |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing it to lodge a sentencing memorandum under seal, for the Court's consideration at the time of sentencing.

RESPECTFULLY SUBMITTED this 16th day of December 2005.

             LEONARDO M. RAPADAS
             United States Attorney
             Districts of Guam and NMI

          By: _____
            for: FREDERICK A. BLACK
             Assistant U.S. Attorney

### ***ORDER***

SO ORDERED this 19th day of December 2005.

             _____
             ALEX R. MUNSON
             District Judge