(Rev. 08/02)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. 06 – 10020    U.S. District Court Case No. CR – 04-00036-ARM

Short Case Title U.S.A. v. KWON, YOUNG JU

Date Notice of Appeal Filed by Clerk of District Court December 30, 2005

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| December 21, 2005 | Sanae Schmul | Other (please specify) Sentencing Hearing |

Clerk
District Court

JAN 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered January 20, 2005

Estimated date for completion of transcript_____

Type or Print Name Danilo T. Aguilar

Signature of Attorney _____    Phone Number (670) 234-8801

Address P.O. Box 505301, Saipan MP 96950

COPY of
Original Filed
on this date

JAN 2 0 2006

Clerk
District Court
For The Northern Mariana Islands

**NOTE:** This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS:**
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record


COPY ONE