**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS DOCKET NO. 06-10020 |
| | ) | (DISTRICT DOCKET NO. 04-00036-003) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | Wednesday, December 21, 2005 |
| | ) | |
| KWON, YOUNG JU, | ) | |
| | ) | **SENTENCING** |
| Defendant. | ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Timothy E. Moran
                 Assistant United States Attorney
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2986
                 Facsimile: (670) 236-2945

For Defendant    Danilo T. Aguilar
                 Attorney at Law
                 P. O. Box 505301
                 Saipan, MP 96950
                 Telephone: (670) 234-8801
                 Facsimile: (670) 234-1251

Also Present:    Defendant Mr. KWON Young Ju and
                 Interpreter Mr. Jin Cho

FILED
Clerk
District Court

FEB 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950