| ◈AO 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Timothy E. Moran | 2. PHONE NUMBER<br>(670) 236-2980 | 3. DATE<br>3/2/2006 | |
| 4. MAILING ADDRESS<br>U.S. Attorney's Office, Horiguchi Bldg., 3rd Floor | 5. CITY<br>Saipan | 6. STATE<br>MP | 7. ZIP CODE<br>96950 |
| 8. CASE NUMBER<br>CR 04-00036 | 9. JUDGE<br>Alex R. Munson | DATES OF PROCEEDINGS<br>10. FROM | 11. |
| 12. CASE NAME<br>U.S. v. Kwon, Young Ju | | LOCATION OF PROCEEDINGS<br>13. | 14. |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | 12/21/05 | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Free Copy<br>for the Court) | FIRST<br>COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | 16.60 |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 16.60

18. SIGNATURE *[signature]*
19. DATE 3/2/06

PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

FILED
Clerk
District Court
MAR 03 2006
For The Northern Mariana Islands
By _____ (Deputy Clerk)

COPY of
Original Filed
on this date
MAR - 3 2006
Clerk
District Court
For The Northern Mariana Islands

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 16.60 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 16.60 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 16.60 |

(Previous editions of this form may still be used)
**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY